**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | Antonio Esposito |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name |

Social Security number or ITIN   xxx–xx–6561
EIN   _ _–_ _ _ _ _ _ _

Social Security number or ITIN   _ _ _ _
EIN   _ _–_ _ _ _ _ _ _

United States Bankruptcy Court   District of New Jersey

Case number:   19–21081–KCF

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Antonio Esposito
dba Antonio Esposito Jr.

9/13/19

**By the court:**  Kathryn C. Ferguson
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-21081-KCF
Antonio Esposito                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1              Date Rcvd: Sep 13, 2019
                             Form ID: 318             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2019.
db              Antonio Esposito,    47 Coke Ave,    Avenel, NJ  07001-1912
518279583      +Atlantic medical group,    po box 419101,    Boston, MA 02241-9101
518279586       Comm Powered,    1758 Pulaski Hwy,    Bear, DE  19701-1712
518279588       Community Powered Fcu,    1758 Pulaski Hwy,    Bear, DE  19701-1712
518279592      +Pressler felt and warshaw,    7 entin rd,    Parsippany, NJ 07054-5020
518279596       Security Service Fcu,    16211 La Cantera Pkwy,    San Antonio, TX  78256-2421
518279595      +Security Service Fcu,    PO Box 691510,    San Antonio, TX 78269-1510
518279597      +Surgery Center Of Central Nj,    107 N Center Dr,    North Brunswick, NJ 08902-4909
518279599       Telecom Self-Reported,    PO Box 4500,    Allen, TX  75013-1311
518279601       Utility Self-Reported,    PO Box 4500,    Allen, TX  75013-1311
518279585       cmre financial services,    3075 E Imperial Hwy Ste 200,    Brea, CA  92821-6753
518279593       robert p. nahum pc,    11 Brunswick Woods Dr,    East Brunswick, NJ  08816-5601
518279594       schachter portnoy,    3490 US Highway 1 Ste 6,    Princeton, NJ  08540-5920

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 14 2019 00:37:11     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 14 2019 00:37:08     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518279584       EDI: TSYS2.COM Sep 14 2019 04:08:00     Barclays Bank Delaware,    PO Box 8803,
                 Wilmington, DE  19899-8803
518279587       E-mail/Text: jromaine@cpwrfcu.org Sep 14 2019 00:36:50     Community Powered Fcu,
                 401 Eagle Run Rd,    Newark, DE  19702-1602
518279589       E-mail/Text: BANKRUPTCY@CUDENVER.COM Sep 14 2019 00:38:17     Credit Union of Denver,
                 PO Box 261420,    Lakewood, CO  80226-9420
518279590       EDI: TSYS2.COM Sep 14 2019 04:08:00     Macys/dsnb,    PO Box 8218,    Mason, OH  45040-8218
518279591       EDI: MID8.COM Sep 14 2019 04:08:00     Midland Funding,    2365 Northside Dr Ste 30,
                 San Diego, CA  92108-2709
518280619      +EDI: RMSC.COM Sep 14 2019 04:08:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518279600       EDI: TFSR.COM Sep 14 2019 04:08:00     Toyota Motor Credit,    4 Gatehall Dr,
                 Parsippany, NJ  07054-4518
518279598       EDI: WTRRNBANK.COM Sep 14 2019 04:08:00     Td Bank USA/Targetcred,    PO Box 673,
                 Minneapolis, MN  55440-0673
518451168       EDI: BL-TOYOTA.COM Sep 14 2019 04:08:00     Toyota Motor Credit Corporation,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
                                                                                        TOTAL: 11

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2019 at the address(es) listed below:
              Andrea Dobin    ecftrusteead@msbnj.com,  NJ55@ecfcbis.com
              Edward Nathan Vaisman    on behalf of Debtor Antonio  Esposito vaismanlaw@gmail.com,
               G20495@notify.cincompass.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 4